US POSTAGE $03.28
ZIP 81212
04 1L 1241745

**Colorado Department of Corrections**

Name: James Woo
Register #: 179463
Unit: Centennial Correctional Facility
Box #: P.O. Box 600
City, State, Zip: Canon City, CO 81215

Office of the Clerk
Alfred A Arraj US Courthouse
901 19th St., Room A105
Denver CO 80294

**PLEASE DO NOT RE ADDRESS**

Per AR 750-01, Manila and white envelopes are to be used for the sole purpose of filing legal pleadings with the court, to serve opposing parties, and to conduct attorney of record-client correspondence. Envelopes are not to be used for personal or business correspondence and doing so will result in a request for COPD charges.

